IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONNETTE WATSON, | ) CIVIL NO. 10-00344 HG-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| vs. | ) ACTION |
| | ) |
| | ) |
| POLICE INDIVIDUAL; CITY AND | ) |
| COUNTY OF HONOLULU, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

FINDINGS AND RECOMMENDATION TO DISMISS ACTION

On June 17, 2010, Plaintiff Jonnette Watson ("Plaintiff"), proceeding *pro se*, commenced the instant action and filed an Application to Proceed In Forma Pauperis. On June 25, 2010, the Court issued an Order Denying Application to Proceed In Forma Pauperis and Dismissing Complaint With Leave to Amend ("Order"), wherein the Court found that the Complaint was frivolous and failed to state a claim upon which relief may be granted. The Court accordingly dismissed the Complaint with leave to amend and denied the IFP Application pursuant to 28 U.S.C. § 1915. The Court

granted Plaintiff until July 9, 2010, to 1) file an amended complaint curing the deficiencies identified in the Order <u>and</u> 2) file another IFP Application <u>or</u> to pay the appropriate filing fee.  Plaintiff did neither.  Instead, on July 9, 2010, she filed a rambling, incoherent "response" to the Court's Order, which the Court declines to construe as a motion for reconsideration or an amended complaint.  Plaintiff was cautioned that her failure to comply with the requirements set forth in the Order would result in the dismissal of the action.  Insofar as Plaintiff has failed to comply with the Order in any respect, the Court recommends that the district court dismiss this action.

     IT IS SO FOUND AND RECOMMENDED.

     Dated:  Honolulu, Hawaii, July 13, 2010.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 10-00344 HG-KSC; <u>WATSON V. POLICE INDIVIDUAL, ET AL.</u>; FINDINGS AND RECOMMENDATION TO DISMISS ACTION