IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONNETTE WATSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>POLICE INDIVIDUAL; CITY<br>AND COUNTY OF HONOLULU,<br><br>        Defendants.<br>_____ | )   CV 10-00344-HG-KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (DOC. 9)

Findings and Recommendation having been filed and served on all parties on July 13, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 9) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge